<u>CIVIL JURY TRIAL</u>

CASE NO.  <u>CIV-15-1095-R</u>

STYLE <u>Donna Hancock</u>           v. <u>Greystar Management Services</u>

PROCEEDINGS:        (FURTHER) NON-JURY TRIAL        (FURTHER) <u>JURY TRIAL</u>

COMMENCED <u>9:00 a.m.</u>        ENDED <u>12:35 p.m.</u>

TOTAL TIME: <u>6</u>   Hrs. <u>35</u>   Mins.

COMMENCED <u>1:45 p.m.</u>       ENDED <u>4:15 p.m.</u>

JUDGE David L. Russell          DEPUTY CLERK Carrie Sims        REPORTER Sherri Grubbs

PLF COUNSEL  <u>Christine Vizcaino     Katherine Mazaheri Franze</u>

DFT COUNSEL  <u>Ellen Adams       Juan Lopez-Campillo</u>

ENTER AS ABOVE.  <u>Parties announce ready.</u>  <u>Jury duly empaneled and admonished</u>.

<u>Rule invoked on mtn</u> of Plf. - <u>Dft</u>.        <u>Plf. - Dft. make opening statement.</u>

<u>Plf (presents</u> - continues) case in chief with testimony of witnesses.

Plf's exhibits admitted. <u>Ex 2-9, 15, 18, 19, 24, 25, 28, 30, and 32-35</u>

Dft's exhibits admitted.  <u>Ex 1, 3, 6, and 8</u>

Plf rests.  Plf cross-claims. Dft's mtn for judgment as a matter of law- Dismissal Granted Deniedi Under Advisement

Dft (presents - continues) case in chief with testimony of witnesses.        Defendant rests.

Plf presents rebuttal evidence with testimony of witnesses and rests.

Dft presents surrebuttal evidence with testimony of witnesses and rests.

Parties rest.  Plf cross-claims.  Dft renews mtn for (D.V. - Dismissal)   Granted   Denied       Under Advisement

Counsel review exhibits prior to submission to the jury

Closing arguments. _____   Court instructs the jury. _____   Bailiff sworn. _____

Jury retires to deliberate at _____.  Jury returns with verdict in favor of _____ at

Jury is polled.       Jury is discharged

Plf. - Dft. to file (brief - Findings of Fact & Conc. of Law) within ___ days

Plf - Dft to answer w/i __ days thereafter: Plf - Dft to reply w/i __ days thereafter: Case taken under advisement:

Court finds in favor of (Plf. - Dft.)    Counsel for (Plf - Dft) to prepare formal order.       Clerk to file judgment.

Court adjourns to : <u>Monday, November 7th, 2016 at 9:30 a.m.</u>

CASE NO. <u>CIV-15-1095-R</u>   DEPUTY Carrie Sims   JUDGE David L. Russell   DATE <u>November 4, 2016</u>

|    <u>WITNESSES FOR PLAINTIFF</u> | <u>WITNESSES FOR DEFENDANT</u> |
|---|---|
| 1. Emily Nichols | 1. |
| 2. Dee Wilburn | 2. |
| 3. Dr. Mohammed Ahmed | 3. |
| 4. Donna Hancock | 4. |
| 5. | 5. |
| 6. | 6. |
| 7. | 7. |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |
| 16. | 16. |
| 17. | 17. |
| 18. | 18. |
| 19. | 19. |
| 20. | 20. |